**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICK AGERS,**

    **Plaintiff,**

vs.                                    **CASE NO.: 6:19-CV-01275-CEM-LRH**

**KENCO SIGNS AND AWNING, LLC, d/b/a**
**KENCO SIGNS, a Florida Limited Liability**
**Company, and RAYMOND WEBB, Individually,**

    **Defendant.**                                   /

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04 (c), I certify that the instant action:

    _____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below: _____

    \_\_\_X\_\_\_\_    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 24th day of July, 2019.

                                        **/s/ MATTHEW GUNTER**
                                        Matthew Gunter, Esq.
                                        FBN 0077459
                                        Morgan & Morgan, P.A.
                                        20 N. Orange Avenue, Suite 1600
                                        Orlando, FL 32801
                                        P.O. Box 530244
                                        Atlanta, GA 30353-0244
                                        Telephone: (407) 420-1414
                                        Facsimile: (407) 867-4791
                                        Email: MGunter@forthepeople.com
                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Kenco Signs and Awning, LLC, c/o Jesse Unruh, Esq., Jet Dot Law, PLLC, 12249 Science Dr., Ste. 155, Orlando, FL 32826, email: jesse@jet.law, this 24th day of July 2019.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.