UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK AGERS,

    Plaintiff,

vs.                                             CASE NO.: 6:19-CV-01275-CEM-LRH

KENCO SIGNS AND AWNING, LLC,
d/b/a KENCO SIGNS, a Florida Limited
Liability Company, and RAYMOND
WEBB, Individually,

    Defendant.     /

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, PATRICK AGERS, by and through the undersigned counsel, and hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Dated this 19th day of September, 2019.

Respectfully submitted,

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
P.O. Box 530244
Atlanta, GA 30353-0244
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>19th</u> day of September, 2019, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

<u>/s/ MATTHEW GUNTER</u>
Matthew Gunter, Esq.