**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PATRICK AGERS,

        Plaintiff,

v.                                                      Case No:  6:19-cv-1275-Orl-78LRH

KENCO SIGNS AND AWNING, LLC
and RAYMOND WEBB,

        Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 10) filed on November 6, 2019. United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 11) on November 22, 2019, in which she recommends that the parties' motion be granted.

After a *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 10) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on December 12, 2019.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record